# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trenga, Anthony J. | U.S. District Court, ED VA | 04/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, VA 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Potomac Sailmakers, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | VA Association of Defense Attorneys | March 7 - 8, 2014 | Richmond, VA | Trial Tactics Workshop | Room, meals & mileage |
| 2. | Frank Durham Federal Criminal Defense Conference | April 10 - 11, 2014 | Charlottesville, VA | Conference | Room, meals & mileage |
| 3. | Duke University School of Law | May 19, 2014 - June 13, 2014 | Durham, NC | Master of Judicial Studies Program | Room, meals & tuition |
| 4. | CEELI Institute | November 10 - 13, 2014 | Tunis, Tunisia | Course: Judging in a Democratic Society | Travel, housing & other expenses |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 (IRA) | | | | | | | | | |
| 2. -Vanguard Prime Money Market Fund (VMMXX) | A | Interest | J | T | | | | | |
| 3. -GOODO preferred stock | B | Dividend | K | T | | | | | |
| 4. -Constltn Brds taxable bond | B | Interest | K | T | | | | | |
| 5. -Nabisco Inc taxable bond | B | Interest | K | T | | | | | |
| 6. -SLM Corp Var taxable bond | | None | K | T | | | | | |
| 7. -Amer Express | B | Interest | K | T | | | | | |
| 8. -Altria Group | B | Interest | K | T | | | | | |
| 9. -Hasbro Inc. | B | Interest | | | Redeemed | 05/15/14 | K | | |
| 10. -Aetna Inc. | B | Interest | | | Redeemed | 03/14/14 | K | B | |
| 11. -Yum Brands | A | Interest | J | T | | | | | |
| 12. -Dominion Res | B | Interest | | | Redeemed | 12/09/14 | K | B | |
| 13. -Waste Mgmt | A | Interest | K | T | | | | | |
| 14. -Midamerican Energy Note | B | Interest | | | Redeemed | 02/18/14 | K | | |
| 15. -Consolidated Natural Gas Note | A | Interest | | | Redeemed | 12/01/14 | J | | |
| 16. -VODA Phone GPP (Taxable Bond) | A | Interest | | | Redeemed | 03/26/14 | K | B | |
| 17. -Telephonica (Taxable Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Dow Chemical ▭ (Taxable Bond) | A | Interest | J | T | | | | | |
| 19. General Money Market ▭ Deposit from a Qualified Plan | A | Interest | M | T | | | | | |
| 20. -Altria ▭ (Taxable Bond) | A | Interest | K | T | | | | | |
| 21. -Toyota ▭ (Taxable Bond) | A | Interest | K | T | | | | | |
| 22. -PPL | A | Dividend | | | Sold | 03/31/14 | L | D | |
| 23. -GTE Corp ▭ (Taxable Bond) | A | Interest | K | T | | | | | |
| 24. -Pitney Bowes ▭ (Taxable Bond) | A | Interest | K | T | | | | | |
| 25. -Pepsico (PEP) | A | Dividend | K | T | | | | | |
| 26. -HSBC Taxable Bond ▭ | B | Interest | K | T | | | | | |
| 27. -SPDR Barclay Cap High Yield (JNK) | C | Interest | | | Sold | 02/26/14 | K | C | |
| 28. -Intel (INTC) | B | Dividend | | | Sold | 09/03/14 | L | E | |
| 29. -Deere & Co. (DE) | A | Dividend | | | Sold | 06/23/14 | K | C | |
| 30. -McDonalds Corp. (MCD) | A | Dividend | J | T | | | | | |
| 31. -Norfolk Southern Corp. (NSC) | A | Dividend | | | Sold | 07/01/14 | K | D | |
| 32. -VODA Phone Goup PLC (VOD) | A | Dividend | K | T | | | | | |
| 33. -Vanguard MSCI Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 34. -Stanley Black&Decker (SWJ) | B | Dividend | | | Sold | 06/26/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Global Bond Income ▮▮▮ | B | Dividend | K | T | | | | | |
| 36. -ESRX | | None | K | T | | | | | |
| 37. -MET | A | Dividend | K | T | | | | | |
| 38. -WMT | A | Dividend | K | T | | | | | |
| 39. -CAH | A | Dividend | K | T | | | | | |
| 40. -CVX | B | Dividend | K | T | | | | | |
| 41. -IBM | B | Dividend | | | Sold | 10/22/14 | K | | |
| 42. -WFC | A | Dividend | L | T | | | | | |
| 43. -GIM | B | Dividend | K | T | | | | | |
| 44. -GE | B | Dividend | K | T | | | | | |
| 45. -CSCO | A | Dividend | L | T | Buy | 10/15/14 | K | | |
| 46. -XON | A | Dividend | | | Sold | 05/16/14 | K | B | |
| 47. -TD | B | Dividend | | | Sold | 04/10/14 | K | D | |
| 48. -AAPL | A | Dividend | L | T | | | | | |
| 49. -WFC'J | B | Interest | K | T | Buy | 11/11/14 | J | | |
| 50. -BKLM | A | Interest | J | T | Buy | 11/06/14 | J | | |
| 51. -T | B | Interest | L | T | Buy | 08/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 10/31/14 | J | | |
| 53.   -HYS | B | Interest | | | Sold | 09/30/14 | K | | |
| 54.   -Bed, Bath & Beyond, Inc. | A | Dividend | | | Buy | 01/02/14 | K | | |
| 55. | | | | | Sold | 04/29/14 | K | | |
| 56.   -Time, Inc. New | A | Dividend | | | Buy | 03/13/14 | J | | |
| 57. | | | | | Sold | 08/13/14 | J | A | |
| 58.   -TWX | A | Dividend | | | Buy | 06/09/14 | K | | |
| 59.   -Veritiu Corp | A | Dividend | | | Buy | 04/02/14 | J | | |
| 60. | | | | | Sold | 08/13/14 | J | A | |
| 61.   - Alps Alerian MLP ETF | A | Dividend | | | Buy | 05/29/14 | K | | |
| 62. | | | | | Sold | 10/15/14 | K | | |
| 63.   - KO | A | Dividend | K | T | Buy | 01/10/14 | K | | |
| 64.   -WFC | B | Dividend | L | T | Buy | 01/29/14 | L | | |
| 65.   -DFS | A | Dividend | L | T | Buy | 02/06/14 | K | | |
| 66. | | | | | Buy | 04/29/14 | K | | |
| 67.   -MET | B | Dividend | K | T | Buy | 02/14/14 | K | | |
| 68.   -IP | C | Dividend | L | T | Buy | 02/28/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Royal Bank Canada Note | A | Interest | K | T | Buy | 06/25/14 | K | | |
| 70. -BAX | A | Dividend | K | T | Buy | 07/02/14 | K | | |
| 71. -VIAB | A | Dividend | L | T | Buy | 07/25/14 | K | | |
| 72. | | | | | Buy | 07/30/14 | K | | |
| 73. -JCI | B | Dividend | L | T | Buy | 08/01/14 | L | | |
| 74. -EOG | A | Dividend | K | T | Buy | 08/15/14 | L | | |
| 75. -America Towers Note | A | Interest | K | T | Buy | 08/20/14 | K | | |
| 76. -Bed, Bath & Beyond Note | A | Interest | K | T | Buy | 08/20/14 | K | | |
| 77. -Cardinal Health Note | B | Interest | K | T | Buy | 08/20/14 | K | | |
| 78. -Metlife Note | A | Interest | K | T | Buy | 08/20/14 | K | | |
| 79. -ORCL | A | Dividend | K | T | Buy | 09/14/14 | K | | |
| 80. -TROW | B | Dividend | L | T | Buy | 10/22/14 | L | | |
| 81. -PNCP | B | Dividend | K | T | Buy | 11/10/14 | K | | |
| 82. -NLSN | A | Dividend | K | T | Buy | 12/08/14 | K | | |
| 83. -FLR | A | Dividend | K | T | Buy | 12/09/14 | K | | |
| 84. Brokerage Account #3 (IRA) | | | | | | | | | |
| 85. -Money Market (Robert W. Baird & Co.) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -WSHCX mutual fund | A | Dividend | | | Sold | 04/25/14 | J | | |
| 87. -First Eagle Global C FESGX | A | Dividend | | | Sold | 04/25/14 | J | | |
| 88. -Pimco Total Return C PTTCX | A | Dividend | | | Sold | 04/25/14 | J | | |
| 89. -PTLCX (PIMCO Low Duration CL C) | A | Dividend | | | Sold | 04/25/14 | J | | |
| 90. -GFACX | | None | J | T | Buy | 04/28/14 | J | | |
| 91. -JSTCX | A | Interest | J | T | Buy | 04/25/14 | J | | |
| 92. Brokerage Account #4▒ | | | | | | | | | |
| 93. -BBBY | | None | | | Sold | 04/29/14 | K | | |
| 94. -ESRX | | None | K | T | | | | | |
| 95. -MET | A | Dividend | K | T | Buy | 02/14/14 | J | | |
| 96. -WMT | A | Dividend | K | T | | | | | |
| 97. -CAH | A | Dividend | K | T | | | | | |
| 98. -MCD | A | Dividend | K | T | | | | | |
| 99. -CVX | A | Dividend | K | T | | | | | |
| 100. -WFC | A | Dividend | K | T | Buy | 01/29/14 | K | | |
| 101. -CSCO | A | Dividend | K | T | | | | | |
| 102. -TD | A | Dividend | | | Sold | 04/10/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 05/05/14 | J | B | |
| 104. -DE | A | Dividend | | | Sold | 06/23/14 | K | B | |
| 105. -AAPL | A | Dividend | K | T | | | | | |
| 106. -HYS | A | Dividend | | | Sold | 09/30/14 | J | | |
| 107. -Money Market (Robert W. Baird & Company) | A | Interest | J | T | | | | | |
| 108. -AT&T (T) | C | Dividend | J | T | | | | | |
| 109.        (NYC NY Tax Exempt Bond) | B | Interest | K | T | | | | | |
| 110. -BRKZB common stock | | None | K | T | | | | | |
| 111. -GE common stock | B | Dividend | K | T | | | | | |
| 112. -JNJ common stock | B | Dividend | L | T | | | | | |
| 113. -First Eagle Global Fund A,        SGENX | A | Dividend | K | T | | | | | |
| 114. -Fairfax, VA (Non-Taxable Bond) | A | Interest | K | T | | | | | |
| 115. -Fairfax, VA (Tax Exempt Bond)        formerly | A | Interest | J | T | | | | | |
| 116. -Fairfax, VA (Tax Exempt Bond),        formerly | A | Interest | J | T | | | | | |
| 117. -BAC CPI (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 118. -Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 119. -Fort Bend, TX        previously        Tax Exempt Bond | A | Interest | | | Sold | 08/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Danville, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 121. -Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 122. -NUV (Nuveen Municipal Value Fund) | A | Dividend | K | T | | | | | |
| 123. -Exxon (XOM) | B | Dividend | K | T | Sold (part) | 09/08/14 | K | D | |
| 124. -Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 125. -ALPS ETF (AMLP) | A | Dividend | | | Sold | 10/15/14 | K | C | |
| 126. -Novartis (NVS) | A | Dividend | | | Sold | 02/19/14 | K | D | |
| 127. -VA. ST. CLLG (Tax Exempt) | A | Interest | K | T | | | | | |
| 128. -AMGEN | A | Dividend | | | Buy | 05/15/14 | J | | |
| 129. | | | | | Sold | 10/15/14 | J | C | |
| 130. -BAX | A | Dividend | J | T | Buy | 07/02/14 | J | | |
| 131. -KO | A | Dividend | K | T | Buy | 01/10/14 | K | | |
| 132. -DFS | A | Dividend | K | T | Buy | 04/29/14 | K | | |
| 133. -TWS | A | Dividend | K | T | Buy | 03/13/14 | K | | |
| 134. -Time, Inc. New | | None | | | Buy | 03/14/14 | J | | |
| 135. | | | | | Sold | 08/13/14 | J | | |
| 136. - St. Petersburg, FL (Tax Exempt Bond) | B | Interest | K | T | Buy | 03/31/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Bank Amer. Copp Note [redacted] | B | Interest | K | T | | | | | |
| 138. Brokerage Account #6 | | | | | | | | | |
| 139. -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | A | Dividend | J | T | | | | | |
| 140. Janus7 Fund (JANSX) | A | Dividend | J | T | | | | | |
| 141. IBM common stock | A | Dividend | K | T | | | | | |
| 142. Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |
| 143. Navy Federal Credit Union (IRA #1) (CD) | A | Interest | J | T | | | | | |
| 144. Navy Federal Credit Union (IRA #2) (CD) | A | Interest | J | T | | | | | |
| 145. Navy Federal Credit Union (IRA #3) (CD) | A | Interest | J | T | | | | | |
| 146. Navy Federal Credit Union CD | B | Interest | M | T | | | | | |
| 147. Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |
| 148. Burke and Herbert Bank Account | A | Interest | J | T | | | | | |
| 149. Capitol One Bank Accounts, formerly Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 150. Northwestern Mutual Joint Complife Insurance Policy | E | Dividend | O | T | | | | | |
| 151. SFT Holdings LLC Stock | | None | J | U | | | | | |
| 152. USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 153. Robert W. Baird & Co. checking and cash management accounts | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  DRYFUSS money market accounts GGM            & GMA | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Microsoft, cited on Line 25 of the 2013 Financial Dislcosure Report (pertaining to Brokerage Account #2, was sold on 07/19/2013 (D(3) value = L); (D(4) value = B).

(2) Tax Exempt Bonds [redacted] listed in Lines 114 and 115, Fairfax, VA were purchased on 04/13/2010, (D(3) value for each = K).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anthony J. Trenga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544